# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| ANDRE SMALLS, | No. 3:17-CV-00219 |
|---|---|
| Plaintiff, | (Judge Brann) |
| v. | (Magistrate Judge Carlson) |
| C.O. BRANT, et al., | |
| Defendants. | |

## ORDER

**FEBRUARY 13, 2019**

**IT IS HEREBY ORDERED** that:

1. The Amended Report and Recommendation of Magistrate Judge Martin C. Carlson, ECF No. 93, is **ADOPTED IN PART AS FOLLOWS:**

    a. Plaintiff's Motion to Dismiss, ECF No. 91, is **GRANTED**.

    b. All claims in Plaintiff's Amended Complaint, ECF No. 47, are **DISMISSED WITH PREJUDICE**.

    c. Defendants' Motion for Summary Judgment, ECF No. 73, is **DENIED AS MOOT**.

2. The Clerk of Court is directed to close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge